```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION
```

IN RE:   ASHLEY M. CALDWELL,           {   CHAPTER 13
                                       {
         DEBTOR(S)                     {   CASE NO. R19-40714-BEM
                                       {
                                       {   JUDGE   ELLIS-MONRO

**OBJECTION TO CONFIRMATION**

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (66 months).

3. The Chapter 13 budget fails to reflect the Debtor(s)' additional child support income; thereby preventing the contribution of all disposable income to this plan.

4. The Debtor(s)' plan does not provide for payment of all of the Debtor(s)' disposable income to the Trustee for thirty-six (36) or more months as required by 11 U.S.C. Section 1325(b)(1)(B).

5. The Form 122C filed in this case fails to disclose all of the Debtor's income in the six months preceding the filing of this case; specifically, the Debtor's child support income is not disclosed.

6. The Debtor(s)' Schedule I fails to accurately reflect 403(b) loan repayment of $28.00 per week thereby preventing the Chapter 13 Trustee from determining the feasibility of the proposed plan, in violation of 11 U.S.C. Section 1325 (a)(6).

7. The Chapter 13 plan fails to provide for an increase in payments when 401K/TSP/Retirement Savings loan ends, thereby indicating a lack of good faith.  11 U.S.C. Section 1325(a)(3).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
albertg@atlch13tt.com

    8.  The Debtor(s) may have transferred, sold or converted an asset of the bankruptcy estate, post-petition, without prior Court approval, in violation of Bankruptcy Rule 6004 and 11 U.S.C. Section 1325(a)(3); specifically, a 2000 Honda Civic to her ex-husband.

    9.  The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

    10.  The Debtor(s)' has/have not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b)(1)(E) F.R. Bankr. P.

    11.  The Chapter 13 petition and schedules fail to disclose a retirement account, in violation of 11 U.S.C. Section 521.

    12.  The Debtor(s)' Chapter 13 plan and schedules are inaccurate and/or incomplete; the Trustee is unable to determine either the duration or feasibility of the proposed plan.  11 U.S.C. Sections 1322(d) and 1325(a)(6); specifically, the proposed Chapter 13 plan and schedules should be amended to reflect the model year of a Kia Sol.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

May 23, 2019

                                                           /s  
                                        Albert C. Guthrie, Esq.  
                                        for Chapter 13 Trustee  
                                        GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee  
Suite 2200  
191 Peachtree Street, N.E.  
Atlanta, GA 30303-1740  
404-525-1110  
albertg@atlch13tt.com

R19-40714-BEM

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

ASHLEY M. CALDWELL
3592 LINDSEY MEMORIAL RD
ROCKY FACE, GA 30740-9728

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 23rd day of May, 2019


          /s
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399




Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
albertg@atlch13tt.com