```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME   DIVISION

IN RE:  ASHLEY M. CALDWELL,        {   CHAPTER 13
                                   {
                                   {
        DEBTOR(S)                  {   CASE NO. R19-40714-BEM
                                   {
                                   {   JUDGE ELLIS-MONRO
```

**SUPPLEMENTAL**
**OBJECTION TO CONFIRMATION**

COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Chapter 13 Plan fails to provide the monthly post-confirmation payment for the claims of Columbus Finance Company and Hawkins Auto Sales, preventing the Trustee from properly administering this plan.

2. Section 9.1 of the amended plan filed June 5, 2019 omits Debtor and Debtor's attorney signatures.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

June 12, 2019

```
                                      _____/s_____
                                      Sonya Buckley Gordon, Esq.
                                      for Chapter 13 Trustee
                                      GA. Bar No. 140987
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
sonyab@atlch13tt.com

R19-40714-BEM

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

ASHLEY M. CALDWELL
3592 LINDSEY MEMORIAL RD
ROCKY FACE, GA 30740

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES

This 12TH day of June, 2019

_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
sonyab@atlch13tt.com