# O'KELLEY & SOROHAN

### ATTORNEYS AT LAW, LLC

JOE F. O'KELLEY, JR.                                                                                                    DIEDRA L. SOROHAN

2170 SATELLITE BLVD.
SUITE 375
DULUTH, GEORGIA 30097
DIRECT: (678) 812-3676
FAX: (678) 578-0280
EMAIL: bwade@oslawllc.com

April 22, 2019

**VIA CERTIFIED MAIL**          **CERTIFIED MAIL ARTICLE NO.**
**RETURN RECEIPT REQUESTED**    **7017 1000 0000 0694 8845**
**AND FIRST CLASS MAIL U.S.P.S.**

Scottie Lamar Cousins
2916 Noah Dr.
Acworth, GA 30101

Re:   **Bankruptcy Case 18-68840-JRS; Notice of Default Pursuant to Order Denying Motion for Relief From Stay With Strict Compliance.**

Mr. Cousins:

As you are aware, this firm is counsel for creditor IH6 Property Georgia, LP ("IH") in the above-referenced bankruptcy case. As you know, IH is the Landlord pursuant to a Residential Lease Agreement dated March 17, 2018 wherein you are the tenant and the monthly rental amount is set at $1,271.00 per month ("Lease"). Failure to timely remit payment of the rent results in a ten percent late fee being charged if the monthly payment due is not paid by 5:00 p.m. on the 3rd day of the month. IH sought relief from the automatic stay in your bankruptcy case due to your default under the terms of the Lease.

The Court entered an Order Denying Motion for Relief From Stay With Strict Compliance ("Order") on IH's Motion for Relief from Stay on March 28, 2019 wherein you were required to strictly comply with the provisions of the Lease concerning prompt payment of the rent due thereunder. You have failed to comply with the Order and are in default by being delinquent in said rental payments contemplated under the Order. You were required to pay an amount of $3,793.94, due on February 11, 2019, and resume strict compliance with the Lease and monthly rental payments beginning March 1, 2019. You failed to make the February, March, and April payments on time. You offered only the March base rent, late fee, and utilities of $1,521.00 on or about March 28, 2019. The payment was returned to you via certified mail on or about March 29, 2019.

You have failed to tender the full payment due for February 2019 through April 2019 as required by the Court's Order. The outstanding balance due pursuant to the terms of the Lease, as of the date of this correspondence, April 22, 2019 is as follows:

**Monthly Payment to Cure Outstanding Default:**

December – February rent, late fees, and utilities:   $3,793.94
Remaining Amount for February Rent:                   $1,525.00
February Late Fee:                                    $152.50

Scottie Lamar Cousins
18-68840-JRS
Default Notice
Page 2
April 22, 2019

| | |
|---|---|
| *March 2019 Rent | $1,544.29 |
| March Late Fee | $144.29 |
| March 2019 Utilities: | $123.46 |
| April 2019 Rent | $1,271.00 |
| April 2019 Late Fee: | $127.10 |
| April 2019 Utilities | $129.11 |
| **TOTAL:** | **$8,810.69** |

*The monthly rental rate changes on March 19, 2019. The monthly rental amount changes to $1,271.00 per month pursuant to the lease's second term rental rate.

You have five (5) days from the receipt of this letter to cure your default pursuant to the terms of the Court's Order. Payment must be made in certified funds to the following address:

IH6 Property Georgia, LP
Attn: Erin Brown Norman
8601 Dunwoody Place
Suite 520
Sandy Springs, GA 30350

Sincerely,

Brandi N. Wade
Attorney at Law

cc:
Daniel R. Saeger
Rickman & Associates, PC
706 S. Thornton Ave., Ste. D
Dalton, GA 30720

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.